NUMBER  13-03-00119-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 



CORPUS CHRISTI - EDINBURG

 



 



IN RE:  MANUELA RAMIREZ, INDIVIDUALLY AND AS THE
PERSONAL REPRESENTATIVE OF THE ESTATE OF RUBEN RAMIREZ, SR., DECEASED, ET AL.

 



 

On Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

 

Before
Justices Hinojosa, Yañez, and Garza 

Opinion Per Curiam

 

            Relators’, Manuela Ramirez, Individually and as the Personal
Representative of the Estate of Ruben Ramirez, Sr., Deceased, et al., filed a
petition for writ of mandamus in the above cause on February 25, 2003.  The Court, having examined and
fully considered the petition for writ of mandamus, is of the opinion that said
petition for writ of mandamus should be denied. 
Accordingly, relators’ petition for writ of mandamus is DENIED.

                                                                                                PER
CURIAM

 

 

Opinion delivered and filed

this 21st day
of March, 2003.